UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SCOTT ELLIOT SMITH, LPA, *et al.*,

    Plaintiffs,

v.

                                Civil Action 2:12-cv-00065
                                Judge Michael H. Watson
                                Magistrate Judge E.A. Preston Deavers

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

    Defendant.

## ORDER

This matter is before the Court for consideration of the May 16, 2012 Order and Report and Recommendation of the Magistrate Judge. (ECF No. 17.) The Magistrate Judge denied Plaintiffs' Motion for Leave to Amend Complaint and recommended that the Court deny Plaintiffs' Motion for Remand. (ECF No. 6.)

The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Order & Report & Recommendation 9, ECF No. 17.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

The Court reviewed the Order and Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the

time for filing such objections has expired, the Court **ADOPTS** the recommendation of the Magistrate Judge. Accordingly, Plaintiffs' Motion for Remand to State Court is **DENIED**. (ECF No. 6.)

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**