# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **SCOTT ELLIOT SMITH, LPA, ET AL.** | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:12-cv-65 |
| | : | |
| -v- | : | Judge Watson |
| | : | |
| **TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA** | : | Magistrate Judge King |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. Civ. R. 41 (a)(1)(A)(ii), the parties hereby agree and stipulate to the dismissal of all claims pending in this action, with prejudice.  Costs to be borne by the Defendant.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael J. Rourke* | */s/ D. John Travis* |
| Michael J. Rourke  (0022950) | D. John Travis (0011247) |
| Jonathan R. Stoudt  (0083839) | Gary L. Nicholson (0005268) |
| ROURKE & BLUMENTHAL, L.L.P. | Richard C.O. Rezie (0071321) |
| 495 South High Street, Suite 450 | Gallagher Sharp |
| Columbus, Ohio  43215 | Sixth Floor – Bulkley Bldg. |
| Telephone:  (614) 220-9200 | 1501 Euclid Avenue |
| Facsimile:  (614) 220-7900 | Cleveland, Ohio 44115 |
| mrourke@randbllp.com | Telephone: (216) 241-5310 |
| jstoudt@randbllp.com | Facsimile (216) 241-1608 |
| *Attorneys for Plaintiff* | jtravis@gallaghersharp.com |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

  The undersigned does hereby certify that a copy of the foregoing was served via the Court's Electronic Filing System upon all counsel of record this 26th day of June, 2014.

               ___*/s/ Michael J. Rourke*_____
               Michael J. Rourke  (0022950)
               Attorney for Plaintiff